# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WYATT,<br><br>            Plaintiff,<br><br>    v.<br><br>D. CHAPMAN, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:09-cv-01242 DLB PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF<br><br>(Doc. 1) |

Plaintiff David Wyatt ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed this action on July 17, 2009. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under § 1983 against Defendants Zanchi and Jones for violation of the First Amendment.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants

    ZANCHI

    JONES

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summons, a Notice of Submission of Documents form, an instruction sheet and a

---

[1] By separate order, the Court dismissed Defendants Dalio, Steadman, Schulteis, McLaughlin, Haining, Rhodes, Stallcup, Liles, Van Blake, Thompson, Lara, Cole, Chapman, Barkley, Gassaway, Granis and Hall from this action for failure to state a claim upon which relief may be granted

1

        copy of the complaint filed July 17, 2009.

3.    Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.    Completed summons;

    b.    One completed USM-285 form for each defendant listed above; and

    c.    Three (3) copies of the endorsed complaint filed July 17, 2009.

4.    Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.    <u>The failure to comply with this Order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **March 22, 2010**               /s/ **Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE