# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALAN WYATT, | CASE NO. 1:09-cv-01242-BAM PC |
| Plaintiff, | |
| v. | ORDER DIRECTING DEFENDANTS TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN TEN DAYS |
| ZANCHI, et al., | |
| Defendants. | RESPONSE DUE IN 10 DAYS |

This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California. Defendants Jones and Zanchi have now appeared in the action.

Therefore, Defendants shall notify the Court within **ten (10) days** from the date of service of this order whether they consent to or decline United States Magistrate Judge jurisdiction.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send to Defendants Jones and Zanchi another copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction; and

2. Within 10 days from the date of service of this order, Defendants Jones and Zanchi shall complete and return the Consent or Request for Reassignment form.

IT IS SO ORDERED.

Dated: November 8, 2011             /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

1